IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HARLAND DAVID CHILDERS                                                 PLAINTIFF

v.                      CASE NO. 2:21-CV-2047

JAIL ADMINISTRATOR JIMMY DORNEY                       DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 10) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this June 28, 2021.

                                                /s/ P. K. Holmes III
                                                P.K. HOLMES III
                                                U.S. DISTRICT JUDGE