IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HARLAND DAVID CHILDERS                                            PLAINTIFF

v.                                  CASE NO. 2:21-CV-2047

JAIL ADMINISTRATOR JIMMY DORNEY                                   DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to place a 28 U.S.C. § 1915(g) strike flag on this case.

IT IS SO ADJUDGED this June 28, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE